Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT FILED

## SOUTHERN DISTRICT OF CALIFORNIA

07 NOV -9 AM 11: 03

### ARREST ON OUT-OF-DISTRICT OFFENSE

'07 MJ 2633     DEPUTY

Magistrate Case Number: _____

The person charged as MARK C. HUFFSTATLER, now appears before this United States District Court

for an initial appearance as a result of the following charges having been filed in the United States District Court

for the Southern District of Illinois, with  Producing / Attempting  to Produce Child Pornography, in violation

of Title 18, United States Code, Section 2251.

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

information and belief.

DATED: November 08, 2007.

_____

Kris M. Robinson
Federal Bureau of Investigation
Special Agent

Reviewed and Approved:

Dated: _11 / 9 / 0 8_____

_____
Assistant United States Attorney

DEPARTMENT OF JUSTICE     (618) 435-2943     P.2

AO 442 Warrant for Arrest

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

MARK C. HUFFSTATLER

CASE: 07-30167-JPG-DGW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest *Mark C. Huffstatler*

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n) ☑ Indictment,☐ Superseding

Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

18:2251     Producing/Attempting to Produce Child Pornography

Norbert G. Jaworski
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

November 6, 2007- Benton, Illinois
Date and Location

Signature of Issuing Officer

By: _Vicki McGuire_
Vicki McGuire, Deputy Clerk

Bail fixed at $_____ by_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

NOV 06 2007 13:58    DEPARTMENT OF JUSTICE    (618) 435-2943    p.3



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 07-30167-JPG-DGW |
| vs. | ) | |
| | ) | Title 18, United States Code |
| MARK C. HUFFSTATLER, | ) | Section 2251 |
| Defendant. | ) | |

**INDICTMENT**

**FILED**

THE GRAND JURY CHARGES:

NOV - 6 2007

**COUNT 1**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**Production of Child Pornography**

On or about October 16, 2007, in Jefferson County, within the Southern District of Illinois,

**MARK C. HUFFSTATLER,**

defendant herein, attempted to, and did knowingly employ, use, persuade, induce, entice, or coerce a minor under the age of eighteen to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, specifically, multiple pictures showing the lascivious exhibition of genitals of a minor T.P. identified as:

| File Name | Creation Date/Time | Description |
|---|---|---|
| !SCF2544 | October 16, 2007 11:55:56 a.m. | A fourteen year old boy laying on a bed with his erect penis exposed through his underwear. The boy was touching his penis with his right hand. |
| !SCF2545 | October 16, 2007 11:56:28 a.m. | A close up shot of a fourteen year old boy laying on a bed with his erect penis exposed through his underwear. The boy was touching his penis with his right hand. |

TOTAL P.04
DEPARTMENT OF JUSTICE        (618) 435-2943        P.4

| !SCF2546 | October 16, 2007 11:57:48 a.m. | A fourteen year old boy laying on a bed with his erect penis exposed through his underwear. The boy was masturbating with his right hand. |
|---|---|---|
| !SCF2547 | October 16, 2007 11:58:24 a.m. | A fourteen year old boy posed upright with his erect penis exposed through his underwear. |
| !SCF2548 | October 16, 2007 11:58:36 a.m. | A close up shot of a fourteen year old boy posed upright, with his semi erect penis exposed through his underwear. |
| !SCF2549 | October 16, 2007 11:58:52 a.m. | A fourteen year old boy posed upright with his erect penis exposed through his underwear. |
| !SCF2551 | October 16, 2007 11:59:22 a.m. | A close up shot taken of an exposed erect penis of a fourteen year old boy. |
| !SCF2552 | October 16, 2007 11:59:34 a.m. | A close up shot taken of an exposed erect penis of a fourteen year old boy. |
| !SCF2553 | October 16, 2007 12:00:00 p.m. | A close up shot taken of an exposed erect penis of a fourteen year old boy. |
| !SCF2554 | October 16, 2007 12:01:22 p.m. | A fourteen year old boy posed upright with his erect penis exposed through his underwear. The boy was touching his penis with his right hand. |

The defendant produced the foregoing visual depictions using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer; that is on a Fuji Finepix A330, Serial Number 4CA32396 camera, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

A TRUE BILL

FOREPERSON

RANDY G. MASSEY
Acting United States Attorney

George A. Norwood
Assistant United States Attorney

Recommended Bond:  Detention

CD 209728



# San Diego County
# SHERIFF'S DEPARTMENT

F I L E D
Clerk of the Superior Court

NOV 0 6 2007

By: Amy Alvarado, Deputy

## WAIVER OF EXTRADITION

### FUGITIVE / EXTRADITION UNIT
330 W. Broadway, San Diego, CA  92101
(619) 531-3762

I, Mark C. Huffstatler, Freely admit that I am the person against whom criminal proceedings have been instituted in the County of Jefferson, State of Illinois, and further freely and voluntarily agree to return to the demanding State with the duly authorized agent(s) of the demanding State who may be appointed to accompany me.

By signing this waiver, I am not admitting any guilt whatsoever, I only volunteer to return to the demanding State to answer the charges lodged against me, to wit, Aggr Crim Sex Abuse, Child Pornography, Unlawful Restraint.

I have been informed by the magistrate of my constitutional rights, and that I have a right to require the issuance and service of a Warrant of Rendition as provided under the California Penal Code.

_____ November 6, 2007 _____                    _____
                                                              Signature
                                                     Mark. C. Huffstatler

## NO BAIL SET PER PENAL CODE SECTION 1555.1

RETURN TO THE FELONY ARRAIGNMENT DEPARTMENT ON 11-26-07 AT 8:30am IF THE EXTRADITING AGENCY HAS NOT PICKED UP THE DEFENDANT.

| Interpreter _____ oath on file / sworn. Language _____ |
| (name) |

                                                     _____
                                                     DAVID M. SZUMOWSKI

                                                     Judge of the Superior Court
                                                          Central Division
                                           County of San Diego, State of California

Distribution: (5 Originals)
Governor's Office
Court File
Duly Authorized Agent of Demanding State
Sheriff's Office
Defendant

DET 5/9 Rev 01/02



# Illinois Sex Offender Information

■ Rod R. Blagojevich, Governor

Illinois Child Sex Offender ▓

◢ Child Sex Offender Information



**Name:** MARK C HUFFSTATLER

**Date of Birth:** 4/16/1975

**Height:** 6 ft. 00 in.    **Weight:** 210 lbs.    **Sex:** M **Race:** W

**Address:** 1230 W ST LOUIS AVE
Apt. 3
VANDALIA , IL 62471

◢ Crime Information

**VICTIM WAS 13 YEARS OF AGE**
**OFFENDER WAS 24 AT THE TIME OF THE OFFENSE**

**Crimes:**                    VIOLATE SEX OFFENDER REGISTRATION
                               CRIMINAL SEXUAL ASSAULT

**County of Conviction:**      LEE

**COMPLIANT**

[ Back to List ]    [ Print this Record ]

Print options may also be found under
the 'File' menu from the browser or hit
CTRL+P.

Criminal History Information ▓

Criminal history information may be available for sex offenders on parole or mandatory supervised release through the Illinois Department of Corrections. Click on the link, select 'inmate search' and type in the offender's name or other identifying information.

Additional information about a sex offender's conviction can be obtained by contacting the circuit clerk's office of the county in which the offender was convicted to get a copy of the offender's court case information. Additionally, criminal history information on an offender may be obtained through the Uniform Conviction Information Act.

Copyright © 2005 Illinois State Police          ISP Privacy | Illinois Privacy | Kids Privacy | Web Accessibility | SOR Unit

BP-S377.058 **PRISONER REMAND** CDFRM
FEB 04
**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs. | Register Number 06528-298 | P I C T U R E |
|---|---|---|

| Name: Last HUFFSTATLER | First MARK | Middle C |
|---|---|---|

AKAs:

| Race (Check) __B _W _A _I | Sex (Check) _M _F | Ethnic Origin (Check) _Hispanic or _Other | D.O.B. 4/10/79 | SSN: 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 | FBI: INS: Other: |
|---|---|---|---|---|---|

CHARGES
   CHECK CATEGORY OF CHARGES(S):
   _____ FELONY     _____ MISDEMEANOR     _____ CIVIL CONTEMPT     _____ MATERIAL WITNESS

OTHER
   NARRATIVE Title: 18 USC: 2251 PRODUCTION/ATTEMPT TO PRODUCE CHILD PORNOGRAPHY
   NARRATIVE Title: _____ USC: _____

Date of Offense: 10/16/07    Date of Arrest: 11/9/07    Place of Arrest: SAN DIEGO (COUNTY JAIL)

| State of Birth IL | Country of Birth US | Citizenship US | Current Address 1230 W. ST LOUIS AV VANDALIA IL | Zip Code |
|---|---|---|---|---|

| Height Ft: 6 In: 0 | Weight 210 | Hair RED | Eyes BLU | Scars / Marks / Tattoos |
|---|---|---|---|---|

| Injuries / Medication NONE | Emergency Contact:(Name, Address, Phone Number) DONNA HUFFSTATLER 1230 W ST LOUIS AV VANDALIA IL 618/283-1841 |
|---|---|

| Arraigned _Y X N | Sentenced _Y X N | Special Handling: _Y or X N Remarks: |
|---|---|---|

| _ IN | _ IN | _ IN | _ IN | _ IN |
|---|---|---|---|---|
| Remanding Official (Name) Sign _/s/_ Print KRISTODUNSON | | Agency/District FBI / SO CAL | | Phone/24 Hour Number 858/565-1255 |
| OUT | OUT | OUT | OUT | OUT |
| Removing Official (Name) Sign Print | | Agency/District | | Phone/24 Hour Number |

## FOR BOP USE ONLY

| Receiving Official (Name) Sign _/s/_ Print JOHNSON | Date / Time 11/9/07 00 | Releasing Official (Name) Sign Print | Date / Time |
|---|---|---|---|

| Sentry Load Data: (Must Initial) Name Search Completed by: _____ Clearance/Separate Checked by: _____ | (OPTIONAL USE) ARS Code APLA    Staff Init. _ Add AKA's Create Cash Account Deposit Cash _____ Amt. Detainers Court Clothing Bag # (747) | RIGHT THUMBPRINT |
|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

(This form may be replicated via WP)        This form replaces BP-S377(58) and BP-377(58) of JUL 91


PRINTED ON
RECYCLED PAPER

