1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. Huffstatler

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07MJ2633 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| MARK C. HUFFSTATLER, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                         Respectfully submitted,

Dated: November 15, 2007               /s/ TIMOTHY R. GARRISON
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 15, 2007                    /s/ TIMOTHY R. GARRISON
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA  92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             Timothy_Garrison@fd.org (email)