MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
TUESDAY, NOVEMBER 27, 2007

HON. NITA L. STORMES   DEPUTY CLERK: G. PERRAULT   TAPE# NLS07-9:02 TO 9:04

07MJ2633-NLS   USA   VS   MARK C. HUFFSTATLER

ATTY: TIM GARRISON (FD)

AUSA: JAMES MELENDRES

**DETENTION HEARING; REMOVAL/ID HEARING**
========================================================================

DFT WAIVES DETENTION HEARING AND STIPULATES TO DETENTION.
COURT ORDERS THE DEFENDANT DETAINED WITHOUT PREJUDICE.
DFT WAIVES IDENTITY HEARING AND ADMITS IDENTITY.
DFT IS ORDERED REMOVED TO THE WESTERN DISTRICT OF PENNSYLVANIA FORTHWITH.
WARRANT OF REMOVAL SIGNED BY COURT AND ISSUED TO USM.